## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

WARD MANUFACTURING, INC.,  :
 Plaintiff       :
          :  CIVIL ACTION
     v.     :
          :  NO. 08-5337
DAVID YEAGER, et al.,    :
 Defendants      :

## <u>ORDER</u>

**AND NOW**, this _22nd___ day of April 2009, it is **ORDERED** that

- Defendant, Rovner, Allen, Rovner, Zimmerman & Nash's Motion to Dismiss for Lack of Subject Matter Jurisdiction (Doc. #5) is **DENIED**; and

- Defendant, David Yeager's Motion to Dismiss for Lack of Subject Matter Jurisdiction (Doc. #6) is **DENIED**.

s/Anita B. Brody
_____
ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:    Copies **MAILED** on _____ to: